FILED'09 OCT 15 13:47USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| TERESA ANNIS, | Civil No. 3:09-CV-103-MA |
| Plaintiff, | |
| v. | [PROPOSED] ORDER FOR REMAND |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), as incorporated through 42 U.S.C. § 1383(c)(3), including further development of the record, a de novo hearing and the following actions.

On remand, the administrative law judge will: (1) reevaluate the plaintiff's credibility; (2) reevaluate the statements from lay witness Wilma Reeves; (3) reevaluate the medical evidence, including the opinions of Dr. White-Chu and Dr. Gilmour; (4) reevaluate the plaintiff's severe and non-severe impairments at step two of the sequential evaluation process, addressing the diagnoses of pain disorder and depression; and (5) continue with the sequential evaluation process.

DATED this __14__ day of __October__ 2009.

_Malcolm F. Marsh_
UNITED STATES DISTRICT JUDGE