WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED'10 JAN 19 08:54 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**TERESA ANNIS,**                                            CV # 09-103-MA

    Plaintiff,

vs.                                                            ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

    Attorney fees in the amount of $4,996.29 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this _16_ day of _January_, 2009.

                                                        _/s/ Malcolm F. Marsh_
                                                        United States District Judge

Submitted on December 31, 2009 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1